UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN LEE STETSON,<br><br>    Plaintiff,<br><br>    v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, BERNARD WARNER, KATHRYN L. BRUNER,<br><br>    Defendants. | NO. C15-5524 BHS-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO SUBSTITUTE PARTY |

Plaintiff Bryan Lee Stetson moves to substitute acting Department of Corrections (DOC) Secretary Richard Morgan as the successor of Defendant Bernard Warner. Dkt. 47. Defendants are not opposed to the motion, and note that "'when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending . . . [t]he officer's successor is automatically substituted as a party.' Fed. R. Civ. P. 25(d). 'An order of substitution is not required, but may be entered at any time if a party desires or the court thinks fit.' Fed. R. Civ. P. 25, Advisory Committee Notes, 1961 Amendment.'" Dkt. 48.

Accordingly, it is **ORDERED:**

(1)    Plaintiff's motion to substitute (Dkt. 47) is **GRANTED.**

//

1     (2)    The Clerk is directed to change the caption to reflect Richard Morgan as

2 defendant and to remove Bernard Warner as defendant.

3     (3)    The Clerk shall send a copy of this Order to plaintiff and counsel for defendants.

4     **DATED** this 17th day of June, 2016.

                                    Karen L. Strombom
                                    United States Magistrate Judge