1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| BRYAN LEE STETSON,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>WASHINGTON STATE DEPARTMENT OF CORRECTIONS, RICHARD MORGAN, KATHRYN L. BRUNER,<br><br>　　　　　Defendants. | NO. C15-5524 BHS-KLS<br><br>ORDER DIRECTING CLERK TO CHANGE CAPTION |

Plaintiff requested that Acting Department of Corrections Secretary Richard Morgan be substituted as the successor of Defendant Bernard Warner under Fed. R. Civ. P. 25(d). Dkt. 47. The Court granted plaintiff's motion on June 17, 2016, and ordered the Clerk of the Court to change the caption of this case to reflect Richard Morgan as defendant and to remove Bernard Warner as defendant. Dkt. 54. Plaintiff now moves the Court to correct its previous Order, stating that he intended to substitute Richard Morgan for Bernard Warner in his official capacity but maintain his claims against Bernard Warner in his personal capacity. Dkt. 56. Defendants are not opposed to the motion, but leave it to the Court's discretion whether to correct its previous order or to correct the caption. *See, e.g., Adamian v. Lombardi*, 608 F.2d 1224, 1225 (9th Cir. 1979) (action continues against public officer named in an individual capacity after

ORDER DIRECTING CLERK TO CHANGE
CAPTION- 1

successor is substituted in official capacity pursuant to Fed. R. Civ. P. 25(d)). The Court finds that a correction to the caption is sufficient to give effect to plaintiff's intent.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion (Dkt. 56) is **GRANTED.**

(2) The Clerk is directed to change the caption and add "Bernard Warner, in his personal capacity only", as a defendant.

(3) The Clerk shall send a copy of this Order to plaintiff and counsel for defendants.

**DATED** this 22nd day of July, 2016.

KAREN L. STROMBOM
United States Magistrate Judge